IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH KENEALY, | 1:12cv00152 AWI DLB |
| Plaintiff, | |
| | ORDER TRANSFERRING ACTION |
| vs. | TO SACRAMENTO DIVISION |
| JOINT FORCE HEADQUARTERS, et al., | |
| Defendants. | |

Proper venue of this action appears to be within the Sacramento division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Sacramento Division, pursuant to Local Rule 120.

IT IS SO ORDERED.

Dated:   **February 6, 2012**                   **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE